JUDGE LEON SCHYDLOWER

| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
| --- | --- | --- |
| TRANSFER OF JURISDICTION | FILED<br>2025 SEP 11 AM 11: 18<br>CLERK, U.S. DISTRICT COURT<br>BY _____ DEPUTY | 21CR03595-001-BAS |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Luis Alvarez | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Cynthia Ann Bashant<br>U.S. District Judge | |

| | DATES OF | FROM | TO |
| --- | --- | --- | --- |
| | supervised release | 03/26/2024 | 3/25/2027 |

OFFENSE

21 U.S.C. §§ 952 and 960, Importation of Fentanyl, a Class C felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

EP25CR2179

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/10/2025
Date

Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/10/25
Effective Date

United States District Judge

7837063

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

CLOSED,BRADY

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:21-cr-03595-BAS-1

Case title: USA v. Alvarez

Date Filed: 12/29/2021

Magistrate judge case number: 2:21-mj-08998-RBM

Date Terminated: 09/15/2022

---

Assigned to: Chief District Judge Cynthia
Bashant

### Defendant (1)

**Luis Alvarez**
*TERMINATED: 09/15/2022*
85328509

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 12/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Ryan T. Mardock**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Email: ryan_mardock@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

21:952, 960 - Importation of Fentanyl
(1)

21:952,960 - Importation of Fentanyl
(Felony)
(1s)

### Disposition

Government motion to dismiss underlying
count granted

Dft committed to the BOP for a term of 30
months, supervised release for 3 years, no
fine, assessment $100

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                          Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                                 Disposition

21:952,960 - Importation of a Controlled
Substance (Felony)

---

## Plaintiff

**USA**                                represented by  **Daniel Kenneth Greene**
DOJ-USAO
880 Front Street
Suite 6293
San Diego, CA 92101
619-546-6783
Email: daniel.greene@usdoj.gov *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States
Attorney*

**Peter Horn**
DOJ-USAO
880 Front Street
Room 6293
San Diego, CA 92101
619-546-6795
Email: peter.horn@usdoj.gov
*TERMINATED: 01/02/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States
Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2021 | 1 | COMPLAINT (t/w NTA) as to Luis Alvarez (1). (Copies provided to Counsel in Court). (Attachments: # 1 info sheet)(vyc) [2:21-mj-08998-RBM] (Entered: 12/17/2021) |
| 12/17/2021 | 2 | Set/Reset Duty Hearings as to Luis Alvarez: Initial Appearance set for 12/21/2021 in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (vyc) [2:21-mj-08998-RBM] (Entered: 12/17/2021) |

| 12/17/2021 | 3 | NOTICE TO APPEAR as to Defendant Luis Alvarez. Initial Appearance set for 12/21/21 @8:00AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (vyc) [2:21-mj-08998-RBM] (Entered: 12/17/2021) |
|---|---|---|
| 12/17/2021 | 4 | ORDER APPOINTING COUNSEL as to Luis Alvarez. Attorney Federal Defenders for Luis Alvarez provisionally appointed.. Signed by Magistrate Judge Allison H. Goddard on 12/17/2021. (no document attached) (vyc) [2:21-mj-08998-RBM] (Entered: 12/17/2021) |
| 12/20/2021 | 5 | Set/Reset Duty Hearings as to Luis Alvarez: Preliminary Hearing set for 1/4/2021 09:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Arraignment set for 1/11/2021 09:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (vyc) [2:21-mj-08998-RBM] (Entered: 12/20/2021) |
| 12/20/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: Ryan T. Mardock appearing for Luis Alvarez (Mardock, Ryan)Attorney Ryan T. Mardock added to party Luis Alvarez(pty:dft) (sjt). [2:21-mj-08998-RBM] (Entered: 12/20/2021) |
| 12/21/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE Peter Horn appearing for USA. (Horn, Peter)Attorney Peter Horn added to party USA(pty:pla) (sjt). [2:21-mj-08998-RBM] (Entered: 12/21/2021) |
| 12/21/2021 | 9 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Status Hearing re Initial Appearance as to Luis Alvarez held on 12/21/2021. Defendant FTA. Bench warrant ordered issued. (CD# 12/21/2021 RBM 21 9:56-9:57). (Plaintiff Attorney Courtney Strange). (Defendant Attorney Jo Anne Tyrell). (no document attached) (vyc) [2:21-mj-08998-RBM] (Entered: 12/21/2021) |
| 12/29/2021 | 10 | INDICTMENT as to Luis Alvarez (1) count(s) 1. (Attachments: # 1 Unredacted Indictment)(sjt) (Entered: 12/30/2021) |
| 01/02/2022 | 12 | NOTICE OF ATTORNEY APPEARANCE Daniel Kenneth Greene appearing for USA. *(Removing AUSA Peter Horn)* (Greene, Daniel)Attorney Daniel Kenneth Greene added to party USA(pty:pla) (jcj). (Entered: 01/02/2022) |
| 01/03/2022 | 13 | NOTICE of Vacated Hearing(s): 1/4/22 Preliminary Hearing and 1/11/22 Arraignment vacated (Fugitive).(no document attached) (ccc) (Entered: 01/03/2022) |
| 02/09/2022 | | Arrest of Luis Alvarez in Arizona. (no document attached) (ccc) (Entered: 02/11/2022) |
| 02/11/2022 | 14 | Set/Reset Duty Hearings as to Luis Alvarez: Arraignment set for 2/11/2022 before Magistrate Judge Allison H. Goddard. Status Hearing set for 2/11/2022 before Magistrate Judge Allison H. Goddard. (no document attached) (ccc) (Entered: 02/11/2022) |
| 02/11/2022 | 15 | NOTICE OF HEARING as to Defendant Luis Alvarez. Motion Hearing/Trial Setting set for 3/14/2022 02:00 PM in Courtroom 4B before Judge Cynthia Bashant. (no document attached) (ccc) (Entered: 02/11/2022) |
| 02/11/2022 | 16 | ORDER as to Luis Alvarez: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges. Signed by Magistrate Judge Allison H. Goddard on 2/11/2022. (fth) (Entered: 02/14/2022) |
| 02/11/2022 | 17 | ORDER Setting Conditions of Release. Bond set for Luis Alvarez (1) P/S $10,000. Signed by Magistrate Judge Allison H. Goddard on 2/11/2022. (fth) (Entered: 02/14/2022) |

| 02/11/2022 | 19 | Rule 5(c)(3) Documents Received as to Luis Alvarez t/w documents and docket sheet from other district. (fth) (Entered: 02/14/2022) |
|---|---|---|
| 02/11/2022 | 20 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Initial Appearance as to Luis Alvarez held on 2/11/2022. Defendant consents to proceed via VTC.FD Ryan T. Mardock confirmed as counsel. PROV flag removed. Detention Hearing as to Luis Alvarez held on 2/11/2022. USA oral motion for detention; motion denied as to Luis Alvarez. Bond set as to Luis Alvarez (1) $10,000 P/S secured by defendant's own signature and cosigned by one financially responsible adult. Arraignment on Indictment as to Luis Alvarez (1) Count 1 held on 2/11/2022. Not Guilty plea entered. Motion Hearing/Trial Setting set for 3/14/2022 02:00 PM in Courtroom 4B before Judge Cynthia Bashant. (CD# 2/11/2022 AHG 1:05-1:19). (Plaintiff Attorney Rosario Gonzalez). (Defendant Attorney Jo Anne Tyrell). (ccc) (Entered: 02/14/2022) |
| 02/11/2022 | 21 | ***English. No Interpreter needed as to Luis Alvarez (no document attached) (ccc) (Entered: 02/14/2022) |
| 02/14/2022 | 18 | Arrest Warrant Returned Executed on 2/10/2022, in case as to Luis Alvarez (fth) (Entered: 02/14/2022) |
| 02/14/2022 | 22 | Court confirms appointment of counsel; PROV Flag cleared. (no document attached) (ccc) (Entered: 02/14/2022) |
| 02/15/2022 | 23 | Arrest Warrant Returned Executed on 2/9/2022, in case as to Luis Alvarez (fth) (Entered: 02/15/2022) |
| 03/03/2022 | 24 | MOTION to Compel Discovery , MOTION to Preserve Evidence , MOTION for Leave to File Further Motions by Luis Alvarez. (Mardock, Ryan) (zda). (Entered: 03/03/2022) |
| 03/09/2022 | 25 | Joint MOTION to Continue *Motion Hearing/Trial Setting* by Luis Alvarez. (Mardock, Ryan) (jmo). (Entered: 03/09/2022) |
| 03/10/2022 | 26 | ORDER granting 25 Joint Motion to Continue as to Luis Alvarez (1). Motion Hearing/Trial Setting set for 3/14/2022 at 2:00 PM is reset for 5/16/2022 02:00 PM in Courtroom 4B before Judge Cynthia Bashant. Good cause being shown through stipulation of the parties all time until May 16, 2022, is excluded. Signed by Judge Cynthia Bashant on 3/10/2022. (no document attached) (sxm) (Entered: 03/10/2022) |
| 04/17/2022 | 27 | NOTICE of Lodgment of Plea Agreement by USA (Attachments: # 1 Rule 11 Consent) (Greene, Daniel) (jmo). (Entered: 04/17/2022) |
| 04/26/2022 | 28 | NOTICE of Lodgment of Information by USA *(Superseding)* (Greene, Daniel) (jmo). (Entered: 04/26/2022) |
| 04/27/2022 | 29 | NOTICE OF HEARING as to Defendant Luis Alvarez. Change of Plea Hearing set for 5/4/2022 09:30 AM in El Centro before Magistrate Judge Jill L. Burkhardt. (no document attached) (tar) (Entered: 04/27/2022) |
| 05/02/2022 | 30 | NOTICE OF HEARING as to Defendant Luis Alvarez. Arraignment on Superseding Information set for 5/4/2022 09:30 AM in El Centro before Magistrate Judge Jill L. Burkhardt. (no document attached) (tar) (Entered: 05/02/2022) |
| 05/04/2022 | 31 | CONSENT TO RULE 11 PLEA before Magistrate Judge Jill L. Burkhardt by Luis Alvarez. (jmo) (Entered: 05/04/2022) |
| 05/04/2022 | 32 | PLEA AGREEMENT as to Luis Alvarez. (jmo) (Entered: 05/04/2022) |
| 05/04/2022 | 33 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Luis Alvarez: Recommending that the district judge accept the defendant's plea |

| | | |
|---|---|---|
| | | of guilty. Signed by Magistrate Judge Jill L. Burkhardt on 5/4/22. (jmo) (Entered: 05/04/2022) |
| 05/04/2022 | 34 | SUPERSEDING INFORMATION as to Luis Alvarez (1) count(s) 1s. (cxl) (Entered: 05/05/2022) |
| 05/04/2022 | 35 | Minute Entry for proceedings held before Magistrate Judge Jill L. Burkhardt: Arraignment on Superseding Information as to Luis Alvarez (1) Count 1s held on 5/4/2022. Not Guilty plea entered., Change of Plea Hearing as to Luis Alvarez held on 5/4/2022. Plea Tendered by Luis Alvarez Guilty on counts 1 of the Superseding Information. Excludable(s) started as to Luis Alvarez. PSR Ordered. All pending motions withdrawn; Pending hearing dates vacated. Any objections to Findings due within 14 days( Sentence With PSR set for 7/25/2022 09:00 AM before Judge Cynthia Bashant.) (CD# 5/4/2022 JLB2022 9:44 - 1038). (Plaintiff Attorney Courtney Strange). (Defendant Attorney Bacilio Varela, S/A FD). (cxl) (Entered: 05/05/2022) |
| 05/19/2022 | 36 | ORDER ACCEPTING GUILTY PLEA as to count one (1) of the Superseding Information, as to Luis Alvarez, adopting 33 Findings and Recommendation. Signed by Judge Cynthia Bashant on 5/19/2022. (lrf) (Entered: 05/19/2022) |
| 06/21/2022 | 37 | PRE-SENTENCE REPORT as to Luis Alvarez. Report prepared by: Melanie Molina. (Document applicable to USA, Luis Alvarez.) (Westerheide, V.) (Entered: 06/21/2022) |
| 07/07/2022 | 38 | Joint MOTION to Continue *Sentencing Hearing* by Luis Alvarez. (Mardock, Ryan) (jmo). (Entered: 07/07/2022) |
| 07/19/2022 | 39 | ORDER granting 38 Joint Motion to Continue as to Luis Alvarez (1). Sentence With PSR set for 7/25/2022 at 9:00 AM is reset for 9/12/2022 09:00 AM in Courtroom 4B before Judge Cynthia Bashant. Signed by Judge Cynthia Bashant on 7/19/2022.(no document attached) (sxm) (Entered: 07/19/2022) |
| 09/01/2022 | 40 | MOTION for Downward Adjustment *Pursuant to § 3B1.2, subdivision (b)* by Luis Alvarez. (Attachments: # 1 Memo of Points and Authorities)(Mardock, Ryan) (jmo). (Entered: 09/01/2022) |
| 09/01/2022 | 41 | SENTENCING MEMORANDUM by Luis Alvarez (Mardock, Ryan) (jmo). (Entered: 09/01/2022) |
| 09/01/2022 | 42 | SENTENCING SUMMARY CHART by Luis Alvarez (Mardock, Ryan) (jmo). (Entered: 09/01/2022) |
| 09/03/2022 | 43 | SENTENCING SUMMARY CHART by USA as to Luis Alvarez (Greene, Daniel) (anh). (Entered: 09/03/2022) |
| 09/12/2022 | 44 | Minute Entry for proceedings held before Judge Cynthia Bashant: Sentence With PSR Hearing held on 9/12/2022 for Luis Alvarez (1). Count 1s, Dft committed to the BOP for a term of 30 months, supervised release for 3 years, no fine, assessment $100, appeal rights waived. Count 1, Government motion to dismiss underlying count granted. (Court Reporter/ECR Vanessa Evans). (Plaintiff Attorney Dale Blankenship AUSA S/A for Daniel Greene AUSA). (Defendant Attorney Ryan Mardock FD). (no document attached) (sxm) (Entered: 09/12/2022) |
| 09/15/2022 | 45 | JUDGMENT as to Luis Alvarez (1). Count 1s, Dft committed to the BOP for a term of 30 months, supervised release for 3 years, no fine, assessment $100. Count 1, Government motion to dismiss underlying count granted. Signed by Judge Cynthia Bashant (sxm) (Entered: 09/15/2022) |

**FILED**

Dec 29 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ shellyy          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No.  '21 CR3595 BAS |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Fentanyl |
| LUIS ALVAREZ, | |
| Defendant. | |

The grand jury charges:

On or about December 12, 2021, within the Southern District of California, defendant LUIS ALVAREZ did knowingly and intentionally import 40 grams and more, to wit: approximately 211.2 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 29, 2021.

RANDY S. GROSSMAN
United States Attorney

By: _____
PETER S. HORN
Assistant U.S. Attorney

PSH:cms:Imperial:12/28/21

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>LUIS ALVAREZ (1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:     21-CR-03595-BAS<br><br>RYAN T. MARDOCK OF FEDERAL DEFENDERS, INC<br>Defendant's Attorney |

**USM Number**      85328-509

☐ -

THE DEFENDANT:

☒ pleaded guilty to count(s)      ONE (1) OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s)

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 21:952,960 - IMPORTATION OF FENTANYL | 1 |

The defendant is sentenced as provided in pages 2 through      **5**      of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)  UNDERLYING                      is      dismissed on the motion of the United States.

☒ Assessment : $100.00
  –

☐ JVTA Assessment*: $
  -

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine      ☐ Forfeiture pursuant to order filed                      , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

SEPTEMBER 12, 2022
Date of Imposition of Sentence

HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | LUIS ALVAREZ (1) | Judgment - Page 2 of 5 |
| CASE NUMBER: | 21-CR-03595-BAS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
THIRTY (30) MONTHS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
THE COURT RECOMMENDS THE DEFENDANT BE PLACED IN THE BOP RESIDENTIAL DRUG AND ALCOHOL TREATMENT PROGRAM (RDAP).
THE COURT RECOMMENDS THE DEFENDANT BE DESIGNATED TO A MEDICAL FACILITY FOR TREATMENT.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ A.M.     on _____

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

21-CR-03595-BAS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | LUIS ALVAREZ (1) | Judgment - Page 3 of 5 |
| CASE NUMBER: | 21-CR-03595-BAS | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of: THREE (3) YEARS

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable)
4. ☐ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
5. ☒ The defendant must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
6. ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, is a student, or was convicted of a qualifying offense. (check if applicable)
7. ☐ The defendant must participate in an approved program for domestic violence. (check if applicable)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

21-CR-03595-BAS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| DEFENDANT: | LUIS ALVAREZ (1) | Judgment - Page **4** of **5** |
|---|---|---|
| CASE NUMBER: | 21-CR-03595-BAS | |

## STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervised release, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where they are authorized to reside within 72 hours of their release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.

3. The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

4. The defendant must answer truthfully the questions asked by their probation officer.

5. The defendant must live at a place approved by the probation officer. If the defendant plans to change where they live or anything about their living arrangements (such as the people living with the defendant), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. The defendant must allow the probation officer to visit them at any time at their home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of their supervision that he or she observes in plain view.

7. The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about their work (such as their position or their job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. The defendant must not communicate or interact with someone they know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

10. The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. Intentionally Omitted.

13. The defendant must follow the instructions of the probation officer related to the conditions of supervision.

21-CR-03595-BAS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | LUIS ALVAREZ (1) | Judgment - Page 5 of 5 |
| CASE NUMBER: | 21-CR-03595-BAS | |

## SPECIAL CONDITIONS OF SUPERVISION

1. Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

2. Submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3. Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer.  Allow for reciprocal release of information between the probation officer and the treatment provider.  May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

4. Resolve all outstanding warrants within 90 days.

5. Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days (non-punitive).

6. Not use or possess and illegal drugs or Marijuana or medication without a prescription.

//

21-CR-03595-BAS